# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOUNDLESS BROADBAND, LLC, et al., [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10948 (BLS)<br>(Jointly Administered)<br><br>**Related D.I. 553, 542, 554 and 569** |

## AUTOMOTIVE RENTALS, INC. AND ARI FLEET, LT WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 15, 2025 AT 10:00 A.M.

Automotive Rentals, Inc. and ARI Fleet, LT ("**ARI**") by its undersigned counsel, hereby files this Witness and Exhibit List for the hearing on October 15, 2025 at 10:00 a.m. (ET) (the "**Hearing**") in connection with the following motions: (i) ARI's Emergency Motion to Compel Assumption or Rejection of Lease and Services Agreement and for Related Relief [D.I. 542]; and (ii) Debtors' Motion for Entry of an Order Authorizing The Rejection of the Lease and Services Agreement, Effective As of the Closing Date.

## WITNESSES

ARI identifies the following individual(s) as potential witness at the Hearing whose testimony may be presented live and/or through their declarations.

1. Brian Creelman, ARI's Vice President of Finance;

2. Any witness or declarant called or listed by any other party in interest; and

3. Rebuttal and/or impeachment witnesses, as necessary.

## EXHIBITS

ARI may offer into evidence any one or more of the following exhibits at the Hearing:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Boundless Broadband, LLC (9851), Tilson Technology Management, Inc. (9537) and Tilson Middle Street Holding, LLC (9323). The Debtors' mailing address is 16 Middle Street, 4th Floor, Portland, ME 04101.

178007165.1

| Exhibit No. | Description |
|---|---|
| **D.I. 553** | |
| Exhibit 1 | Master Services Agreement dated May 19, 2022, as amended from time to time attached to Declaration of Richard Arrowsmith, Chief Restructuring Officer Of The Debtors, In Support Of Debtors' Omnibus Objection To The Motion To Shorten And Motion To Compel |
| **D.I 542** | |
| Exhibit A | List of ITG assets |
| Exhibit B | List of assets to be returned |
| Exhibit C | List of lost assets |
| **D.I. 569** | |
| Exhibit B | Updated List of assets to be returned |
| Exhibit D | Mark Cline's August 26, 2025 Email identifying list of leased units to be kept |
| Exhibit E | Mark Cline's September 15, 2025 Email identifying lost assets |
| | Any exhibit designated by any other party. |
| | Any pleading or other document filed with the Court on the docket of the above-captioned cases, including any attachments or exhibits thereto. |
| | Any exhibit necessary to rebut the evidence or impeach testimony of any witness offered or designated by any other party. |

## **RESERVATION OF RIGHTS**

ARI reserves the right to rely upon or introduce at the Hearing any document subsequently identified as an exhibit by any other party, any document used at the Hearing by any party, or any document necessary or appropriate for impeachment, rebuttal, or any other lawful purpose. ARI also reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: October 10, 2025                           **FOX ROTHSCHILD LLP**

By: */ Seth A. Niederman*
Seth A. Niederman, Esquire (No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

        Richard Aguilar, Esquire
        Mark Chaney, Esquire
        Adams & Reese
        701 Poydras Stret, Suite 4500
        New Orleans, LA 70139
        Telephone: (504) 581-3234
        Email: Richard.Aguilar@arlaw.com
              Mark.Chaney@arlaw.com

*Attorneys for Automotive Rentals, Inc. and ARI Fleet, LT*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2025, I caused the foregoing to be served via the Court's electronic filing system on those parties registered and authorized to receive such notice.

                                            */s/ Seth A. Niederman*
                                            Seth A. Niederman (DE Bar No. 4588)